**FILED**

**NOT FOR PUBLICATION**

MAR 03 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAVALLI COUNTY REPUBLICAN CENTRAL COMMITTEE; GALLATIN COUNTY REPUBLICAN CENTRAL COMMITTEE; SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE; DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE; STILLWATER COUNTY REPUBLICAN CENTRAL COMMITTEE; RICHLAND COUNTY REPUBLICAN CENTRAL COMMITTEE; CARBON COUNTY REPUBLICAN CENTRAL COMMITTEE; FLATHEAD COUNTY REPUBLICAN CENTRAL COMMITTEE; MADISON COUNTY REPUBLICAN CENTRAL COMMITTEE; BIG HORN COUNTY REPUBLICAN CENTRAL COMMITTEE; MONTANA REPUBLICAN PARTY, | No. 15-35967<br><br>DC No. 6:14 cv-0058 BMM<br>D Mont., Helena<br><br>ORDER |
| Plaintiffs - Appellants, | |
| v. | |
| LINDA McCULLOCH, in her official capacity as Montana's Secretary of State; REGINA PLETTENBERG, in her official capacity as the Election Administrator of Ravalli County; CHARLOTTE MILLS, in her official capacity as the Election | |

Administrator of Gallatin County; BOBBI CHRISTENSEN, in her official capacity as the Election Administrator of Sanders County; SHIRLEY KREIMAN, in her official capacity as the Election Administrator of Dawson County; PAULINE MISHLER, in her capacity as the Election Administrator of Stillwater County; STEPHANIE VERHASSELT, in her official capacity as the Election Administrator for Richland County; JUDY CHRISTENSEN, in her official capacity as the Election Administrator for Carbon County; PAULA ROBINSON, in her official capacity as the Election Administrator for Flathead County; PEGGY STEMLER, in her official capacity as the Election Administrator for Madison county; KIMBERLY YARLOTT, in her official capacity as the Election Administrator for Big Horn County,

     Defendants - Appellees.

Appellants have moved for an injunction pending appeal. Fed. R. App. P. 8(a)(1)(C). In considering such motions, this Court applies the same standard that governs a district court's consideration of a motion for a preliminary injunction. *See Tribal Vill. Of Akutan v. Hodel*, 859 F.2d 662, 663 (9th Cir. 1988). Because appellants have made an insufficient showing of either likelihood of success on the

merits or the likelihood of irreparable harm, *see Winter v. Nat. Res. Def. Council,* 555 U.S. 7, 20 (2008), the motion is denied.[1]

                                        BY ORDER OF THE COURT

                                        MOLLY C. DWYER,
                                        Clerk of Court

                                        By: Omar Cubillos
                                        Deputy Clerk

---

[1] Because we deny the motion on the basis of the two *Winter* factors discussed in the text, we do not address the remaining *Winter* factors or any of the other issues raised by the motion and the response thereto.