**CASE NO. 15-35967**

---

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

---

MONTANA REPUBLICAN PARTY, RAVALLI COUNTY REPUBLICAN
CENTRAL COMMITTEE, GALLATIN COUNTY REPUBLICAN CENTRAL
COMMITTEE, SANDERS COUNTY REPUBLICAN CENTRAL COMMITTEE,
DAWSON COUNTY REPUBLICAN CENTRAL COMMITTEE, RICHLAND
COUNTY REPUBLICAN CENTRAL COMMITTEE, CARBON COUNTY
REPUBLICAN CENTRAL COMMITTEE, FLATHEAD COUNTY
REPUBLICAN CENTRAL COMMITTEE, MADISON COUNTY
REPUBLICAN CENTRAL COMMITTEE, and BIG HORN COUNTY
REPUBLICAN CENTRAL COMMITTEE,

*Plaintiffs-Appellants,*

v.

LINDA McCULLOCH, in her capacity as Montana's Secretary of State*, et al.*,

*Defendants-Appellees.*

---

On Appeal From An Order Denying a Preliminary Injunction Motion
United States District Court for the District of Montana
Case No. CV-14-58-H-BMM
The Honorable Brian M. Morris, Presiding

---

**APPELLANTS' MOTION TO CONSOLIDATE**

---

Matthew G. Monforton
MONFORTON LAW OFFICES, PLLC
32 Kelly Court
Bozeman, Montana 59718
Telephone: (406) 570-2949
Facsimile:  (406) 551-6919

*Attorney for the Republican County
Central Committee Plaintiffs-Appellants*

The County Central Committee Appellants hereby move this Court to consolidate this preliminary injunction appeal with *Ravalli County Republican Central Committee, et al, v. Linda McCulloch, et al*, Case No. 16-35375. This motion is based upon this Court's custom of consolidating merits appeals and preliminary injunction appeals arising from the same action. See, *e.g.*, *Dex Media West, Inc. v. City of Seattle*, 696 F.3d 952, 956 (9th Cir. 2012); *Anderson v. Evans*, 350 F.3d 815, 829 (9th Cir. 2002).

Case No. 16-35375 is a merits appeal arising from the same action as the instant preliminary injunction appeal. The District Court entered a final judgment in the action on May 3, 2016 after granting the County Central Committees' motion to dismiss with prejudice. In so moving, the County Central Committees reserved their right to appeal pursuant to *Ward v. Apple, Inc.*, 791 F.3d 1041, 1045 (9th Cir. 2015) ("voluntary dismissals with prejudice that produce an adverse final judgment may be appealed").[1]

The County Central Committees recognize that judicial economy would be furthered by keeping their appeals on the same track as *Democratic Party of Hawaii v. Nago*, Case No. 13-17545, a related appeal. Accordingly, the County Central Committees are willing to waive oral argument as to their new appeal in

---

[1] The District Court granted Appellant Montana Republican Party's motion to dismiss without prejudice. The Montana Republican Party is no longer seeking relief from this Court.

order to minimize delays. They are also willing to submit new briefs, and do so on an expedited basis, should the Court so request. They note that the State has previously (though unsuccessfully) challenged in the District Court the County Central Committees' standing as well as the appealability of the order granting their motion to dismiss with prejudice. The State might desire to raise and brief those issues in this Court.

No hearings have occurred in the District Court since the preliminary injunction appeal was filed and therefore no additional transcripts need to be ordered.

The State has been informed of this motion and objects to it.

DATED: May 4, 2016

Respectfully submitted,

Monforton Law Offices, PLLC

By:   /s/ Matthew G. Monforton
      Matthew G. Monforton

      *Attorney for the Republican County*
      *Central Committee Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on May 4, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.


DATED: May 4, 2016

Respectfully submitted,

Monforton Law Offices, PLLC

By:   <u>/s/ Matthew G. Monforton</u>
       Matthew G. Monforton

*Attorney for the Republican County*
*Central Committee Plaintiffs-Appellants*